IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03079-NYW

CHRISTOPHER QUAYLE,

    Plaintiff,

v.

HOLLYFRONTIER CORPORATION,
FRANKLIN MYERS,
ANNE-MARIE AINSWORTH,
ANNA CATALANO,
LELDON ECHOLS,
MANUEL FERNANDEZ,
MICHAEL JENNINGS,
CRAIG KNOCKE,
ROBERT KOSTELNIK,
JAMES LEE, and
MICHAEL ROSE,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christopher Quayle hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: December 21, 2021

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600

1

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on December 21, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 21, 2021                                    /s/ Daniel Sadeh
                                                                                   Daniel Sadeh